**Robert WEAVER, And Others Similarly Situated, Plaintiff— Appellant,**

v.

**CITY AND COUNTY OF SAN FRANCISCO, A Municipal Corporation, Defendant—Appellee.**

No. 04–15597.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 9, 2005.

Decided Dec. 16, 2005.

Dieter C. Dammeier, Michael A. Morguess, Lackie & Dammeier, Upland, CA, for Plaintiff–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jill A. Sprague, Esq., Martin R. Gran, DAG, San Francisco City Attorney's Office, San Francisco, CA, for Defendant–Appellee.

Before: TROTT, T.G. NELSON, and PAEZ, Circuit Judges.

### ORDER *

This case is REVERSED and REMANDED for reconsideration in light of *Cleveland v. City of Los Angeles,* 420 F.3d 981 (9th Cir.2005).

IT IS SO ORDERED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

